Decided May 7, 1998

STATE OF CONNECTICUT *v.* CLARENCE GLENN

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 706 (AC 16519), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that, under article first, § 7, of the Connecticut constitution, in order for a defendant to secure a hearing regarding the veracity of an affidavit supporting a warrant, the defendant must make a showing of either intentional dishonesty or reckless disregard for the truth by an affiant, and that a showing that the informant gave materially false information is insufficient?"

The Supreme Court docket number is SC 15928.

*Theresa M. Dalton*, assistant public defender, in support of the petition.

*Ronald G. Weller*, assistant state's attorney, in opposition.

Decided May 7, 1998